UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES R. STILLWAGON,

    Plaintiff,

v.

THE CITY OF DELAWARE, et al.,

    Defendants.

Case No. 2:14-cv-807
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

---

JAMES R. STILLWAGON,

    Plaintiff,

v.

OFFICER JAMES AILES, et al.,

    Defendants.

Case No. 2:14-cv-1606
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

In light of the Court's Opinion and Order ['807 ECF No. 293; '1606 ECF No. 278] granting summary judgment to The City of Delaware on Plaintiff's municipal liability claim, the Court **DENIES AS MOOT** Defendants' Motion to Bifurcate Individual and *Monell* Claims ['807 ECF No. 259; '1606 ECF No. 244].

**IT IS SO ORDERED.**

8-15-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE