# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES R. STILLWAGON, | ) |
| | ) Case No. 2:14-cv-807 |
| Plaintiff, | ) |
| v. | ) CHIEF JUDGE EDMUND A. SARGUS, JR. |
| | ) Magistrate Judge Chelsey M. Vascura |
| THE CITY OF DELAWARE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| JAMES R. STILLWAGON, | ) |
| | ) |
| | ) Case No. 2:14-cv-1606 |
| Plaintiff, | ) |
| v. | ) CHIEF JUDGE EDMUND A. SARGUS, JR. |
| | ) Magistrate Judge Chelsey M. Vascura |
| OFFICER JAMES AILES, et al., | ) |
| | ) |
| Defendants. | ) |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Defendants respectfully suggest upon the record the death of Plaintiff James Stillwagon.  Mr. Stillwagon died on February 4, 2018.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Douglas P. Holthus*
DOUGLAS P. HOLTHUS (0037046) Trial Attorney
MICHAEL S. LOUGHRY (0073656)
STACY V. POLLOCK (0080229)
175 South Third Street, Suite 1000
Columbus, OH  43215
(614) 228-5931, (614) 228-5934 – FAX
dholthus@mrrlaw.com
mloughry@mrrlaw.com
spollock@mrrlaw.com

Counsel for Defendants The City of Delaware, Detective Benjamin Segaard, Former Detective Patrick Gerke,

> Officer Adam Willauer, Detective Sergeant Jonathan Radabaugh, Officer James Ailes and Officer Jason Flynn

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, a copy of the foregoing Suggestion of Death was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of this Suggestion of Death has been served upon Plaintiff's successor by mailing the notice, via U.S. certified mail, postage pre-paid to:

> Effie Stillwagon
> 890 Gatehouse Ln
> Columbus, OH 43235

> *s/Douglas P. Holthus*
> DOUGLAS P. HOLTHUS (0037046) Trial Attorney
> MICHAEL S. LOUGHRY (0073656)
> STACY V. POLLOCK (0080229)
>
> Counsel for Defendants The City of Delaware, Detective Benjamin Segaard, Former Detective Patrick Gerke, Officer Adam Willauer, Detective Sergeant Jonathan Radabaugh, Officer James Ailes and Officer Jason Flynn

SCOT-14C058/Suggestion of Death