# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JAMES R. STILLWAGON,**

       **Plaintiff,**                    **NOTICE**

**v.**                                          Case No. 2:14-cv-807
                                            **CHIEF JUDGE SARGUS, JR.**

**THE CITY OF DELAWARE,** *et al.***,**        Magistrate Judge Vascura

       **Defendants.**

_____

**JAMES R. STILLWAGON,**

       **Plaintiff,**                    Case No. 2:14-cv-1606
                                            **CHIEF JUDGE SARGUS, JR.**

**v.**                                          Magistrate Judge Vascura

**OFFICER JAMES AILES,** *et al.***,**

       **Defendants.**

     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court
           Joseph P. Kinneary U.S. Courthouse     **IN CHAMBERS**
           85 Marconi Boulevard                          **January 22, 2019 at 9:30 A.M.**
           Columbus, Ohio 43215

TYPE OF PROCEEDING: **Settlement Conference**

                                                         **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:   January 8, 2019

                                                          /s /    Christin M. Werner
                                                       (By) Christin M. Werner, Deputy Clerk