# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**Effie J. Stillwagon,**

    **Plaintiff,**

vs.

**",**

**The City of Delaware, et al.,**

    **Defendants.**

**Case No. 2:14-cv-807**

**Chief Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

_____

**Effie J. Stillwagon,**

    **Plaintiff,**

vs.

**",**

**Officer James Ailes, et al.,**

    **Defendants.**

**Case No. 2:14-cv-1606**

**Chief Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> **PURSUANT TO THE ORDER** filed on 3/12/2019, Plaintiff's Motion to Dismiss with Prejudice is **GRANTED.** Plaintiff's Complaint is therefore **DISMISSED WITH PREJUDICE**.

Date: March 13, 2019

**Richard W. Nagel, Clerk of Court**

By:    <u>      s/ Donald A. Fitzgerald III     </u>
            Donald A. Fitzgerald III, Deputy Clerk